Dear Judge Lioi,

I'm Brian Ake's 21 year old daughter Brittany. I've been the one sitting in the back of the courtroom. I was there when you read the charges brought against my father. As a judge, I'm sure that sometimes it can be hard to see the person behind the charges, please allow me to offer a bit of insight, in order to tell you his story, I have to tell you a bit of my own. My father did not find out he had a child until I was 3½ years old, he was 26 at the time I believe. From the moment he found out about me, he has been in my life. He picked me up from preschool and I spent almost every weekend with him + his then girlfriend Melissa. Let me tell you, the difference between my fathers lifestyle and my birth mothers, Sonja Milini, was and IS night and day. My birth mother wasn't a good one. She shuffled my two older siblings and I from babysitter to babysitter while she went out and partied. We lived in dirty conditions when she wasn't. Fast forward to when I was 5, my birth mother got into a drunk car crash with myself and my older sister in the car, killing my sister in the process. Without hesitation, my dad filed for temporary custody then full custody of me. My birth mom went to prison and I went to live with my dad full time. The difference

between living with my birthmom & living with my dad - night and day. I had clean clothes, my own bed, and two people that actually cared about me. My dad put me in a good school district, helped me with my homework and made sure I was the best person I could be. This continued throughout my school years. He has pushed me even when I thought I wasn't going to make it. He never let me give up. My dad has been my rock since I was little. Anytime I had a problem or needed someone to talk to, I went to my dad. He has been my number one supporter, with everything, my whole life. I would not be who I am today without him. He is a fantastic father raising 3 kids by himself since him and Melissa got divorced. He has given us everything. He has been the steady presence in our lives and is the reason we are good students, good people and close with each other. He has been the glue that kept our family together through all the ups and downs. He has stood by my side through everything and in this time, I stand beside his. I've gone with him to every attorney appointment, every court date and will continue to do so in full support of him. Thank you very much for taking the time to read this, and the other letters

Sincerely
Brittany A Le

Hello - I am Brianna Ake, daughter of Brian Ake.

I can say with assurance that I would not be where I am today without my father and his help. As a high school sophomore, I am more independent now as his teachings have been engraived into me, but as a much younger child, my father helped me on the path to becoming a good person and a good student. I have always been told to always remain selfless and kind, since the world is slowly losing those qualities, as well as instilling the importance of determination and the impact that has on my future.

I truly believe my father is a genuinely amazing person for all the things he has urged me to remember + what he has taught me, but also the way he acts on his word. My father sacrifices everything for his three children + his friends, more so than anyone else I've seen or met, truly. He has done everything he can for me, even if it was difficult or near impossible, like those peskily expensive school field trips - he has done it all while he consistently goes without or with merely a fraction or minimal amounts.

That being said, I do truly love my father, mistakes and all, and I will never fail as his daughter to always be there for him and back up him and his character

Alexander Ake

Dear Judge Lioi,

My name is Alexander Ake, and I am son of Brian Ake. I'm aware of what my father did, and how he has accepted responsibility for his actions. My father has been keeping us informed, and I have written this letter to you to simply explain what a wonderful father he has been to me.

My Father is one of a kind. Regardless of what he did, my father has stood by my side, picked me up when I fell, and most importantly treated me with such love and care I didn't think was possible. The one thing my dad cares about as much as my well-being, is my education. He has been right there, by my side, helping me through my schooling career and motivating me to strive for my utmost potential.

My Father, being the amazing dad he is, has never, and I repeat, never laid a hand on a soul, and of course not me. As a result of this, I stand rightfully by his side, because I know my dad for who he is and what he stands for.

There has never been a time, I can at all remember my father not being supportive of me, my sisters or even my whole family. While all families get into fights, we hold hands and remember how important the family aspect can be, and how it tightens bonds.

Referring back to education, I am currently a year ahead of math and language arts, all because of him. Although it may get hard, and I never see the end of the workload, I know my dad is waiting on the other side, cheering me on, and congratulating me for what I have done in my school career.

Now, returning the favor, I will stand by my father's side, for the man he is, the man he was, is truly amazing, and I will continue to defend him, and fight for him.

Sincerely,
Alexander Alce

To Judge Lioi —

I am writing to you regarding my son, Brian Ake, of the kind of father & son I have seen him be, to know him to be now. I'll try to be brief, my son said to just speak from my heart, so I will.

He has raised his three children basically on his own since they were two, three & nine yrs. old. He did all the household duties — cooking, cleaning, laundry, also dr. apts, school & activities. I occassionally helped with baby sitting. His primary concerns were their safety, health & education. He wanted them to have the best education they could have; and with his encouragement & continual involvement they have maintained high grades, been on the honor rolls & in advanced classes @ Jackson Memorial Schools. His oldest is enrolled @ Stark State. They have always been his first priority & responsibility.

His own upbringing was somewhat chaotic @ times, a single parent who worked in a very stressful career, no

male parent involvement & sporadic family visits.

He chose to make things better for his kids, and he definitely has. I'm proud of the way he raised & is raising his children. He has learned from my mistakes & done better.

As for being my son — I'm 74 yrs old, retired from nursing (RN) having worked for 44 yrs, mostly in the most stressful of areas. My health is declining somewhat, I no longer drive, but Brian has always seen to my need for transportation when needed, handling my finances, getting me groceries, whatever I need him to.

In other words — He is a good parent & a good son. Yes, he has made mistakes, as we all have, but he owns up to them & doesn't & hasn't repeated them. I don't believe that incarceration would be of any benefit to him, certainly not to his children, or me, & it would create a hardship.

I only pray that you mete out your justice with mercy and compassion.

Thank you for your consideration

Lenora D. Able

To Whom It may Concern,

I am writing to you in regards to Brian Que. I just wanted to let it known that Brian is a good guy and a wonderful father. My kids have been in his custody since we divorced in 2006. I could not have picked a better father for my children. Although Brian and I are divorced, we still remain friends. He is someone I can count on and trust. We still try to instill family values in my kids.

I hope that this situation with Brian can be forgot & forgiven for as I know he is not a bad guy.

Thank You,

[signature]